# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:20-cv-00602 |
| v. ) | |
| ) | |
| OLIN CORPORATION and BASF ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff, the United States of America, on behalf of the U.S. Environmental Protection Agency ("EPA"), hereby lodges with this Court a proposed Consent Decree in the above-captioned action. The Consent Decree resolves the United States' claims for the implementation of the remedial action EPA selected at the Olin McIntosh Superfund Site, recovery of past response costs at Operable Unit 2 of the Olin McIntosh Superfund Site, and recovery of costs that the United States will incur in overseeing implementation of the response actions. <u>No action is required of the Court at this time</u>.

Final approval of the Consent Decree by the United States is contingent upon the review of public comment. Under Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2), 28 C.F.R. § 50.7, and Paragraph 92 of the proposed Consent Decree, the public will have thirty (30) days in which to submit comments to the United States on the proposed Consent Decree. The 30-day period will begin on the date that notice of lodging of the Consent Decree is published in the Federal Register. If, after reviewing the public comments, the United States concludes that the

Consent Decree should be entered, the United States will seek the entry of the Consent Decree as a final order of the Court.

WHEREFORE, the United States respectfully requests that this Court receive the proposed Consent Decree for lodging only, and that it abstain from acting upon the same until the 30-day public comment period has expired and the United States advises the Court whether, after evaluation of any comments received from the public, the United States supports entry of the Consent Decree.

Respectfully submitted this 17th day of December, 2020.

/s/ Peter Krzywicki_____
PETER KRZYWICKI
Trial Attorney
Michigan Bar No: P75723
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
peter.krzywicki@usdoj.gov
Phone: (202) 305-4903
Facsimile: (202) 514-0097